## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Amanda E. Vogel, | |
| Plaintiff, | Civil No. 09-532 (RHK/RLE) |
| vs. | |
| | **ORDER** |
| Total Credit Recovery USA Group, Inc., | |
| Defendants. | |

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  March 6, 2009

                                                      s/Richard H. Kyle  
                                                      RICHARD H. KYLE  
                                                      United States District Judge