## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Amanda E. Vogel, | Civil No. 09-532 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Total Credit Recovery USA Group, Inc., | |
| Defendant. | |

_____

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 8) **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 6, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge